[No. 38650-0-II.   Division Two.   February 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LEIF W. ECKLUND, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 08-1-00001-5, Douglas E. Goelz, J. Pro Tem., entered December 8, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38675-5-II.   Division Two.   February 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT THOMASON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01004-0, John F. Nichols, J., entered December 3, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 27422-5-III.   Division Three.   February 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SHIRLEY A. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-04133-9, Maryann C. Moreno, J., entered June 20, 2008. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ. Now reported at 155 Wn. App. 270.

[No. 27828-0-III.   Division Three.   February 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY RAY GARLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-01025-6, Carrie L. Runge, J., entered January 8, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Sweeney, J.